### 14093. Wilson *v.* The State.

Broyles, C. J. The verdict was authorized by the evidence, and none of the special assignments of error requires a new trial.

           *Judgment affirmed. Luke and Bloodworth, JJ., oncur.*

      Decided March 7, 1923. Rehearing denied April 16, 1923.

Conviction of involuntary manslaughter; from Chatham superior court — Judge Meldrim. November 17, 1922.

*Alexander A. Lawrence, David S. Atkinson,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.